UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBIN B. RANDALL-MILLIKEN,<br><br>    Plaintiff,<br><br>        v.<br><br>THINGS REMEMBERED, INC.,<br><br>    Defendant. | Civil Action No.:  2:15-cv-00524-DBH |

**STIPULATION OF DISMISSAL**

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 18th  day of November 2016

/s/ Chad T. Hansen_____
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ Sarah Newell, Esq.
Sarah Newell, Esq.
Attorney for Defendant

Eaton Peabody
P.O. Box 1210
Bangor, ME 04402-1210
207.947.0111

1

2

**CERTIFICATE OF SERVICE**

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.


Date:  November 18, 2016                          /s/ Chad T. Hansen
                                                                  Chad T. Hansen